Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Debtor

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

.

| | |
|---|---|
| In re:<br>Dwayne Lee Elliott,<br><br>Debtor. | Case No. 25-41249-mxm<br><br>Chapter 13 |

## <u>NOTICE OF CHANGE OF ADDRESS</u>

PLEASE TAKE NOTICE that the undersigned hereby notifies the Court, Trustee, and

all interested parties of the following change of address for Debtor, Dwayne Lee Elliott:

**Old Address:**
3325 Willowcrest Dr. Apt. 160
Haltom City, TX 76117

**New Address:**
421 San Mateo Drive
Garland, TX 75943

Effective immediately, please update your records accordingly. All future correspondence,

notices, and documents should be sent to the new address provided above.

DATED: May 20, 2026.

Respectfully submitted,

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Debtor

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2026, a true and correct copy of this Notice was served via ECF notification to all parties receiving electronic notice in this case.

/s/ Clayton L. Everett
Clayton L. Everett