PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                    CASE NO.:  25-41249-MXM-13

**DWAYNE LEE ELLIOTT**
    421 SAN MATEO DR
    GARLAND, TX 75943
    SSN/TIN: XXX-XX-3942

**DEBTOR**                                                   **HEARING: JULY 16, 2026 at 8:30 AM**

### NOTICE OF CONTINUED HEARING ON NOTICE OF INTENT TO DISMISS

A previously scheduled hearing for this matter has been continued.

Respectfully submitted,

By:   /s/ Ethan S. Cartwright
      Ethan S. Cartwright, Staff Attorney
      Bar No. 24068273
      PAM BASSEL STANDING CHAPTER 13 TRUSTEE
      Bar No. 01344800
      860 Airport Freeway, Ste 150
      Hurst, TX 76054
      (817) 916-4710 Phone

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the  Debtor and the parties listed below, if any.

By:   /s/ Ethan S. Cartwright
      Ethan S. Cartwright

DWAYNE LEE ELLIOTT
421 SAN MATEO DR
GARLAND, TX 75943